# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Mitchell, Suzanne | 2. Court or Organization<br><br>United States District Court, Western District of Oklahoma | 3. Date of Report<br><br>11/05/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

| 7. Chambers or Office Address<br><br>200 NW 4th Street<br>Oklahoma City, OK 73102 |
|---|

| *IMPORTANT NOTES:* The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | McAfee & Taft - Salary |
| 2. 2017 | Oklahoma City University - Salary |
| 3. 2017 | Ogletree, Deakins, Nash - Salary |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First Mortgage Company | Mortgage - Rental Property #1 (Part VII, Line 2) | L |
| 2. | Sun Trust Mortgage Inc | Mortgage - part Personal Property, part Rental Property #2 (Part VII, Line 3) | N |
| 3. | CMG Mortgage Inc | Mortgage - Rental Property #3 (Part VII, Line 4) | L |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzanne | 11/05/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. RENTAL PROPERTIES (H) | | | | | | | | | |
| 2. Rental Property #1 - Cleveland County, Norman, OK | D | Rent | M | W | | | | | |
| 3. Rental Property #2 - Oklahoma County, Oklahoma City, OK | D | Rent | L | W | | | | | |
| 4. Rental Property #3 - Oklahoma County, Oklahoma City, OK | A | Rent | L | W | Buy | 12/20/17 | L | | |
| 5. | | | | | | | | | |
| 6. CASH AND BONDS (H) | | | | | | | | | |
| 7. UMB Accounts | A | Interest | L | T | | | | | |
| 8. First United Bank | A | Int./Div. | | | Distributed | 03/11/17 | J | | |
| 9. Chase Accounts | A | Interest | K | T | | | | | |
| 10. | | | | | | | | | |
| 11. RAYMOND JAMES ACCOUNT (H) | | | | | | | | | |
| 12. Mutual Funds (H) | | | | | | | | | |
| 13. Invesco Mid Cap Growth Fund Class A | A | Dividend | J | T | | | | | |
| 14. Invesco Comstock Fund Class A M/F | A | Dividend | J | T | | | | | |
| 15. Capital Income Builder Fund Class A American Funds M/F | A | Dividend | K | T | | | | | |
| 16. Capital World Growth & Income Fund Class A American FD M/F | A | Dividend | K | T | | | | | |
| 17. Investment Company of America Class A American Funds M/F | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzanne | 11/05/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Washington Mutual Investors Class A American Funds M/F | A | Dividend | J | T | | | | | |
| 19. Cash & Cash Alternatives (H) | | | | | | | | | |
| 20. Bank Deposit Program - Sweep | A | Int./Div. | J | T | | | | | |
| 21. Equities (H) | | | | | | | | | |
| 22. Abbvie Incorporated | A | Dividend | J | T | Buy | 01/12/17 | J | | |
| 23. Adobe Systems Incorporated | A | Dividend | | | Buy | 06/27/17 | J | | |
| 24. | | | | | Sold | 10/18/17 | J | | |
| 25. Air Products & Chemicals Incorporated | A | Dividend | J | T | | | | | |
| 26. Allstate Corporation | A | Dividend | J | T | | | | | |
| 27. Alphabet Incorporated Cap Stk Class A | A | Dividend | J | T | | | | | |
| 28. Amazon Com Incorporated | A | Dividend | J | T | | | | | |
| 29. Apple Incorporated | A | Dividend | J | T | | | | | |
| 30. Bank Amer Corporation | A | Dividend | J | T | Buy | 12/06/17 | J | | |
| 31. Bank of the Ozarks | A | Dividend | J | T | Buy | 12/26/17 | J | | |
| 32. Becton Dickinson & Company | A | Dividend | J | T | Buy (add'l) | 03/20/17 | J | | |
| 33. Celgene Corporation | A | Dividend | | | Buy | 01/06/17 | J | | |
| 34. | | | | | Buy (add'l) | 03/20/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzanne | 11/05/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 12/26/17 | J | | |
| 36. CME Group Incorporated | A | Dividend | J | T | Buy (add'l) | 03/20/17 | J | | |
| 37. CVS Health Corporation | A | Dividend | J | T | Buy (add'l) | 12/08/17 | J | | |
| 38. Cardinal Health Incorporated | A | Dividend | | | Sold | 01/06/17 | J | | |
| 39. Carnival Corporation Paired CTF | A | Dividend | J | T | Buy (add'l) | 03/20/17 | J | | |
| 40. Cognizant Technology | A | Dividend | | | Sold | 01/12/17 | J | | |
| 41. Colgate Palmmolive Company | A | Dividend | | | Sold | 01/12/17 | J | | |
| 42. Disney Walt Company Com | A | Dividend | | | Sold | 07/21/17 | J | | |
| 43. Express Scripts Hldg Company | A | Dividend | | | Sold | 10/13/17 | J | | |
| 44. First Trust ETF IV North | A | Dividend | | | Buy | 10/20/17 | J | | |
| 45. | | | | | Sold | 12/20/17 | J | | |
| 46. First Trust Sabrient Bakers Dozen (Port 2016 Series Term) | A | Dividend | | | Redeemed | 03/01/17 | K | | |
| 47. First Trust Sabrient Baker's Dozen (Port 2017 Series Term) | A | Dividend | K | T | Buy | 03/02/17 | K | | |
| 48. Facebook Incorporated Classs A | A | Dividend | J | T | Buy (add'l) | 10/18/17 | J | | |
| 49. | | | | | Sold (part) | 12/06/17 | J | | |
| 50. Fedex Corporation | A | Dividend | J | T | Buy | 12/22/17 | J | | |
| 51. General Dynamics Corporation | A | Dividend | | | Sold | 11/02/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzanne | 11/05/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Home Depot Incorporated | A | Dividend | J | T | | | | | |
| 53. Honeywell International Incorporated | A | Dividend | J | T | | | | | |
| 54. Intercontinental Exchange Incorporated | A | Dividend | J | T | | | | | |
| 55. JP Morgan Chase | A | Dividend | J | T | | | | | |
| 56. Kansas City Southern Com New | A | Dividend | J | T | Buy (add'l) | 03/20/17 | J | | |
| 57. Kraft Heinz Company | A | Dividend | | | Sold | 12/22/17 | J | | |
| 58. Lauder Estee | A | Dividend | J | T | Buy | 03/20/17 | J | | |
| 59. Merck & Company Incorporated | A | Dividend | | | Buy | 01/12/17 | J | | |
| 60. | | | | | Sold | 12/22/17 | J | | |
| 61. Mircrosoft Corporation | A | Dividend | J | T | Buy (add'l) | 03/20/17 | J | | |
| 62. Microchip Technology Incorporated | A | Dividend | J | T | Buy (add'l) | 03/20/17 | J | | |
| 63. Motorola Solutions Incorporated | A | Dividend | J | T | Buy | 12/11/17 | J | | |
| 64. O REilly Automotive Incorporated New | A | Dividend | | | Sold | 07/03/17 | J | | |
| 65. Oracle Corporation | A | Dividend | J | T | Buy (add'l) | 03/20/17 | J | | |
| 66. Pepsico Incorporated | A | Dividend | | | Sold | 12/11/17 | J | | |
| 67. Pfizer Incorporated | A | Dividend | J | T | Sold (part) | 04/27/17 | J | | |
| 68. Praxair Incorporated | A | Dividend | J | T | Buy | 12/06/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzanne | 11/05/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Priceline GRP Incorporated Com New | A | Dividend | J | T | Buy | 03/20/17 | J | | |
| 70. Rockwell Collins Incorporated | A | Dividend | J | T | Buy | 07/21/17 | J | | |
| 71. Royal BK CDA Montreal QUE | A | Dividend | J | T | Buy | 12/20/17 | J | | |
| 72. Salesforce Com Incorporated | A | Dividend | J | T | Buy (add'l) | 03/20/17 | J | | |
| 73. Sherwin Williams Company | A | Dividend | J | T | Buy | 12/22/17 | J | | |
| 74. Starbucks Corporation | A | Dividend | | | Sold | 02/06/17 | J | | |
| 75. Synchrony Finl | A | Dividend | J | T | | | | | |
| 76. Time Warner Incorporated | A | Dividend | J | T | | | | | |
| 77. Union Pac Corporation | A | Dividend | J | T | Buy (add'l) | 03/20/17 | J | | |
| 78. UnitedHealth Group Incorporated | A | Dividend | J | T | | | | | |
| 79. Verizon Communications Incorporated | A | Dividend | | | Buy (add'l) | 03/20/17 | J | | |
| 80. | | | | | Sold | 03/31/17 | J | | |
| 81. Versum Matls Incorpoated | A | Dividend | | | Sold | 01/06/17 | J | | |
| 82. Visa Incorporated Com Class A | A | Dividend | J | T | | | | | |
| 83. Wells Fargo & Company New | A | Dividend | | | Sold | 04/19/17 | J | | |
| 84. Westrock Company | A | Dividend | J | T | Buy | 12/06/17 | J | | |
| 85. Accenture PLC Ireland SHS Class A | A | Dividend | | | Sold | 06/27/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzanne | 11/05/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Alibaby Group Hldg Limited Cayman Islands | A | Dividend | | | Buy | 11/02/17 | J | | |
| 87. | | | | | Sold | 12/06/17 | J | | |
| 88. Eaton Corporation PLC SHS Ireland | A | Dividend | J | T | | | | | |
| 89. Ingersoll-Rand PLC SHS Ireland | A | Dividend | J | T | | | | | |
| 90. Medtronic PLC SHS Ireland | A | Dividend | | | Sold | 01/06/17 | J | | |
| 91. Chubb Limited Switzerland | A | Dividend | J | T | | | | | |
| 92. Lyondellbasell Industries Netherlands | A | Dividend | J | T | Buy | 12/20/17 | J | | |
| 93. NXP Semiconductors NV Netherlands | A | Dividend | J | T | | | | | |
| 94. Broadcom Limited SHS (Singapore) | A | Dividend | J | T | Buy | 01/12/17 | J | | |
| 95. | | | | | Buy (add'l) | 03/20/17 | J | | |
| 96. Exchange Traded Products (H) | | | | | | | | | |
| 97. ISharees TR Core S&P | A | Dividend | J | T | Buy | 02/06/17 | J | | |
| 98. | | | | | Buy (add'l) | 06/07/17 | J | | |
| 99. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 100. | | | | | Buy (add'l) | 08/28/17 | J | | |
| 101. | | | | | Buy (add'l) | 10/13/17 | J | | |
| 102. | | | | | Buy (add'l) | 12/06/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzanne | 11/05/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. IShares Incorporated Core | A | Dividend | J | T | Buy | 03/31/17 | J | | |
| 104. | | | | | Buy (add'l) | 04/19/17 | J | | |
| 105. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 106. | | | | | Buy (add'l) | 08/28/17 | J | | |
| 107. | | | | | | | | | |
| 108. FULKERSON FAMILY REVOCABLE TRUST (H) | | | | | | | | | |
| 109. Chevron Stock | A | Dividend | J | T | | | | | |
| 110. Real Estate Parcel #1, Cleveland Cty, OK See Part VIII. | | None | J | S | | | | | |
| 111. Real Estate Parcel #2, Cleveland Cty, OK See Part VIII. | | None | J | S | | | | | |
| 112. Real Estate Parcel #3, Cleveland Cty, OK See Part VIII. | | None | J | S | | | | | |
| 113. Real Estate Parcel #4, Cleveland Cty, OK See Part VIII. | | None | J | S | | | | | |
| 114. | | | | | | | | | |
| 115. PARTNERSHIP INVESTMENTS (H) | | | | | | | | | |
| 116. Legacy Financial Services Group, LLC 1.07616% | B | Distribution | | | Distributed | 01/05/17 | J | | |
| 117. | | | | | | | | | |
| 118. ARNOLD & PORTER LLP PROFIT SHARING AND 401(K) PLAN (H) | | | | | | | | | |
| 119. T. Rowe Price Mid Cap Growth | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzanne | 11/05/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Fidelity Contrafund | A | Dividend | J | T | | | | | |
| 121.  Vanguard Small Cap Index Inst | A | Dividend | J | T | | | | | |
| 122. | | | | | | | | | |
| 123.  FIDELITY INVESTMENTS ROLLOVER IRA (H) | | | | | | | | | |
| 124.  Fidelity Low Priced Stock | A | Dividend | J | T | | | | | |
| 125.  Fidelity Select Multimedia | A | Dividend | J | T | | | | | |
| 126. | | | | | | | | | |
| 127.  MCAFEE & TAFT 401(K) (H) | | | | | | | | | |
| 128.  SPTN 500 Index Inst | D | Int./Div. | N | T | Buy (add'l) | 01/13/17 | J | | |
| 129. | | | | | Buy (add'l) | 04/06/17 | K | | |
| 130. | | | | | Buy (add'l) | 05/22/17 | K | | |
| 131.  Fidelity Contrafund K | E | Int./Div. | N | T | Buy (add'l) | 01/13/17 | J | | |
| 132. | | | | | Buy (add'l) | 04/06/17 | J | | |
| 133. | | | | | Buy (add'l) | 05/22/17 | J | | |
| 134.  JH Discpl Value Midcap | E | Int./Div. | N | T | | | | | |
| 135.  Fidelity Diversified International K. See note in Part VIII. | C | Int./Div. | | | Merged (with line 137) | 12/15/17 | K | | |
| 136.  MM SEL Mid Cap GR I | D | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzanne | 11/05/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Fidelity Diversified International K6. See note in Part VIII. | A | Int./Div. | L | T | Open | 12/15/17 | K | | |
| 138. | | | | | | | | | |
| 139. OGLETREE, DEAKINS, NASH, SMOAK & STEWART 401(K) (H) | | | | | | | | | |
| 140. AF Growth Fund Amer $6 | A | Int./Div. | J | T | Buy | 03/07/17 | J | | |
| 141. | | | | | Buy (add'l) | 04/07/17 | J | | |
| 142. | | | | | Buy (add'l) | 05/05/17 | J | | |
| 143. | | | | | Buy (add'l) | 06/06/17 | J | | |
| 144. | | | | | Buy (add'l) | 07/06/17 | J | | |
| 145. | | | | | Buy (add'l) | 08/04/17 | J | | |
| 146. | | | | | Buy (add'l) | 09/06/17 | J | | |
| 147. | | | | | Buy (add'l) | 10/06/17 | J | | |
| 148. | | | | | Buy (add'l) | 11/06/17 | K | | |
| 149. | | | | | Buy (add'l) | 12/05/17 | J | | |
| 150. Harbor Cap Appr Inst | A | Int./Div. | J | T | Buy | 03/07/17 | J | | |
| 151. | | | | | Buy (add'l) | 04/07/17 | J | | |
| 152. | | | | | Buy (add'l) | 05/05/17 | J | | |
| 153. | | | | | Buy (add'l) | 06/06/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzanne | 11/05/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 07/06/17 | J | | |
| 155. | | | | | Buy (add'l) | 08/04/17 | J | | |
| 156. | | | | | Buy (add'l) | 09/06/17 | J | | |
| 157. | | | | | Buy (add'l) | 10/06/17 | J | | |
| 158. | | | | | Buy (add'l) | 11/06/17 | J | | |
| 159. | | | | | Buy (add'l) | 12/05/17 | J | | |
| 160. Vang Midcap IDX Inst | A | Int./Div. | J | T | Buy | 03/07/17 | J | | |
| 161. | | | | | Buy (add'l) | 04/07/17 | J | | |
| 162. | | | | | Buy (add'l) | 05/05/17 | J | | |
| 163. | | | | | Buy (add'l) | 06/06/17 | J | | |
| 164. | | | | | Buy (add'l) | 07/06/17 | J | | |
| 165. | | | | | Buy (add'l) | 08/04/17 | J | | |
| 166. | | | | | Buy (add'l) | 09/06/17 | J | | |
| 167. | | | | | Buy (add'l) | 10/06/17 | J | | |
| 168. | | | | | Buy (add'l) | 11/06/17 | J | | |
| 169. | | | | | Buy (add'l) | 12/05/17 | J | | |
| 170. Vang Windsor II Adm | A | Int./Div. | J | T | Buy | 03/07/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzanne | 11/05/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 04/07/17 | J | | |
| 172. | | | | | Buy (add'l) | 05/05/17 | J | | |
| 173. | | | | | Buy (add'l) | 06/06/17 | J | | |
| 174. | | | | | Buy (add'l) | 07/06/17 | J | | |
| 175. | | | | | Buy (add'l) | 08/04/17 | J | | |
| 176. | | | | | Buy (add'l) | 09/06/17 | J | | |
| 177. | | | | | Buy (add'l) | 10/06/17 | J | | |
| 178. | | | | | Buy (add'l) | 11/06/17 | J | | |
| 179. | | | | | Buy (add'l) | 12/05/17 | J | | |
| 180. | | | | | | | | | |
| 181. SCHWAB ROLLOVER IRA (H) | | | | | | | | | |
| 182. Schwab Total Stock Market Index Fund | B | Int./Div. | L | T | | | | | |
| 183. | | | | | | | | | |
| 184. ETRADE BROKERAGE ACCOUNTS (H) | | | | | | | | | |
| 185. ETrade Account #1 (H) | | | | | | | | | |
| 186. Ford Motor Co | A | Int./Div. | J | T | | | | | |
| 187. Nuance Communications | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mitchell, Suzanne | 11/05/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  Powershares Exchange Traded Fund | A | Int./Div. | J | T | | | | | |
| 189.  Oneok Partners LP | A | Int./Div. | J | T | | | | | |
| 190.  Berkshire Hathaway | A | Int./Div. | J | T | | | | | |
| 191.  Apple Inc. | A | Int./Div. | J | T | Buy | 09/07/17 | J | | |
| 192.  Etrade Account #2 (H) | | | | | | | | | |
| 193.  Coca Cola Bottling Co | A | Int./Div. | J | T | | | | | |
| 194.  Schwab S&P 500 Fund | A | Int./Div. | J | T | | | | | |
| 195. | | | | | | | | | |
| 196.  OKLAHOMA 529 COLLEGE SAVINGS PLANS (H) | | | | | | | | | |
| 197.  OK 529 College Savings Plan #1 (H) | | | | | | | | | |
| 198.  Moderate Managed Allocation Age 18+ | A | Dividend | K | T | Distributed (part) | 07/17/17 | J | | |
| 199. | | | | | Distributed (part) | 12/08/17 | J | | |
| 200.  Guaranteed Option | A | Int./Div. | J | T | Buy (add'l) | 01/17/17 | J | | |
| 201. | | | | | Buy (add'l) | 04/17/17 | J | | |
| 202. | | | | | Buy (add'l) | 05/17/17 | J | | |
| 203. | | | | | Distributed (part) | 06/16/17 | J | | |
| 204. | | | | | Distributed (part) | 11/13/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. | | | | | Distributed (part) | 12/08/17 | J | | |
| 206. OK 529 College Savings Plan #2 (H) | | | | | | | | | |
| 207. Aggressive Managed Allocation 18+ | A | Dividend | J | T | | | | | |
| 208. US Equity Index Option | A | Dividend | J | T | | | | | |
| 209. Guaranteed Option | A | Int./Div. | J | T | Distributed (part) | 12/08/17 | J | | |
| 210. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

ADDITIONAL INFORMATION REGARDING PART VII, LINES 110-113, REAL ESTATE PARCELS, CLEVELAND COUNTY, OK:
Parcels are owned through a family revocable trust.
Taxable value of Parcel 1, Part VII Line 110 is 4,000.
Taxable value of Parcel 2, Part VII Line 111 is $12,360.
Taxable value of Parcel 3, Part VII Line 112 is $2,000.
Taxable value of Parcel 4, Part VII Line 113 is $12,500.

ADDITIONAL INFORMATION REGARDING PART VII, LINES 135 AND 137.
On 12/15/17, all holdings were moved from Fid Diversified Fund K (line 135) to Fid Diversified Fund K6 (line 137).
Subsequent to the transfer, earnings were reported in Fid Diversified Fund K (line 135).
These earnings were not transferred out of the account before year end, thus the small balance on line 135.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Suzanne Mitchell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544